IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TANYA R. JENKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 108-052 |
| WACHOVIA BANK, N.A., | ) ) | |
| Defendant. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss (doc. no. 11) is **GRANTED**, Plaintiff's motion for remand (doc. nos. 12-1, 12-2, 12-3) is **DENIED**, Plaintiff's motion for consideration (doc. no. 21) is **MOOT**, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this _9_ day of January, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE